**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G., (a minor, by and through his parent and guardian *ad litem*, C.G.),<br><br>　　　　　　Plaintiff,<br>　　v.<br>PASO ROBLES JOINT UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-08814-ODW (CWx)<br><br>**JUDGMENT** |

After consideration of the parties' papers and evidence submitted for their motions for summary judgment (ECF Nos. 19, 25), **IT IS HEREBY ORDERED** that:

　　1.　　Plaintiff A.G. takes nothing;

　　2.　　Judgment for Defendant Paso Robles Joint Unified School.

August 7, 2012

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**